

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-21-00195-CR

Guillermo **MORALES III,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7388
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

 The State's Motion for Extension of Time to File Brief is GRANTED IN PART. The state's brief is due on March 16, 2022.

_____
Liza A. Rodriguez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court